# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                              Crim. No. 5:11-CR-88-1BO

JOHN MICHAEL FELTOVIC

On May 21, 2014, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                                      /s/ Mindy L. Threlkeld  
Eddie J. Smith                                            Mindy L. Threlkeld  
Supervising U.S. Probation Officer             Senior U.S. Probation Officer  
                                                          310 Dick Street  
                                                          Fayetteville, NC 28301-5730  
                                                           Phone: 910-354-2539  
                                                          Executed On: December 7, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____8_____ day of ___December___, 2016.

                                                                        Terrence W. Boyle  
                                                                        U.S. District Judge